# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LYNN STAGGS,<br><br>    Plaintiff,<br><br>v.<br><br>P. KELLY, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-01461 EPG (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Ronald Lynn Staggs ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On September 21, 2018, Plaintiff commenced this action by filing a Complaint and an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 3.)

In his Complaint, Plaintiff alleges violations of his civil rights by correctional officers at California State Prison, Solano. (ECF No. 1.) The alleged violations took place in Solano County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. *Id.* Therefore, the Complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Accordingly, this action

1

will be transferred to the Sacramento Division. This court will not rule on plaintiff's request to proceed in forma pauperis.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3. This court has not ruled on plaintiff's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: **October 24, 2018**       /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2