UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LYNN STAGGS, | No. 2:18-cv-2843 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| P. KELLY, Correctional Sergeants; et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding in forma pauperis, sought relief pursuant to 42 U.S.C. § 1983. In accordance with the "referral notice" filed in this action on November 30, 2020, the court finds that plaintiff's appeal of the October 29, 2020 dismissal of this action is taken in good faith.

Dated: December 7, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/stag2843.app.gf

1